## Case No. 2,005a.

BROWN v. The ELVIRA HARBECK.

[Betts' Scr. Bk. 232.]

[The case found under above title in Betts' Scr. Bk. 232, is the same as Case No. 4,424.]